## Commonwealth ex rel. Zarozny, Appellant, *v.* Dennison.

Submitted March 21, 1958.   Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Theodore C. Zarozny,* appellant, in propria persona.

*Charles L. Durham, Juanita Kidd Stout,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, April 16, 1958:

The order of the court below is affirmed on the opinion of Judge REIMEL, as reported in 11 Pa. D. & C. 2d 738.